**United States Bankruptcy Court**
**Northern District of Illinois**

---

In re:  Jackie G Baronia, 17-23684, ABG

## NOTICE OF CHANGE OF ADDRESS FOR CREDITOR

Undeliverable Address:

        Asset Acceptance
        c/o Mc Mahan & Sigunick Ltd
        120 S. State St
        Chicago, IL 60603-5503

**THE UPDATED ADDRESS IS:**

        Mc Mahan & Sigunick Ltd
        412 S Wells St # 6
        Chicago, IL 60607

_____    7/6/18_____

Signature of Debtor or Debtor's Attorney    Date